No. 312, Misc. Downs v. New York. Court of Appeals of New York. Certiorari denied. *Nancy Carley* for petitioner.

No. 286, Misc. McMullen v. Travelers Insurance Co. Motion for leave to file supplement to petition granted. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. Petitioner *pro se. Ransom W. Chase* for respondent.

October 24, 1960.

No. 67. Braunfeld et al. v. Gibbons, Police Commissioner, et al. Appeal from the United States District Court for the Eastern District of Pennsylvania. (Probable jurisdiction noted, 362 U. S. 987.) The motion to substitute Albert N. Brown in the place of Thomas J. Gibbons as a party appellee and to correct and amend title and caption to show Pennsylvania Retailers' Association as a party appellee is granted. *Stephen B. Narin* for appellants. *David Berger* for Brown et al., and *Arthur Littleton* for Pennsylvania Retailers' Association, appellees.

No. 115. Reynolds v. Cochran, Corrections Director. Certiorari, 363 U. S. 801, to the Supreme Court of Florida. Further consideration of the motion to enlarge the record is postponed to the hearing of the case on the merits. *Claude Pepper* for petitioner. *Richard W. Ervin,* Attorney General of Florida, and *George R. Georgieff,* Assistant Attorney General, for respondent.